| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: DISTRICT OF DISTRICT OF COLUMBIA |
| Case number *(if known)* _____  Chapter  __11__ |
| ☐ Check if this is an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**   Legacy Loft, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   83-4338825

**4. Debtor's address**

**Principal place of business**
5614 Connecticut Ave NW
#134
Washington, DC 20015
Number, Street, City, State & ZIP Code

District of Columbia
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
1613 E Street NE Washington, DC 20002
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor    Legacy Loft, LLC _____    Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5311

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **Legacy Loft, LLC** _____ Case number (*if known*) _____
  Name

**11. Why is the case filed in *this district?***   *Check all that apply:*
  ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
  ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
  ☒ No
  ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  ☐ It needs to be physically secured or protected from the weather.
  ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  ☐ Other _____

  **Where is the property?** _____
    Number, Street, City, State & ZIP Code

  **Is the property insured?**
  ☐ No
  ☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*
  ☒ Funds will be available for distribution to unsecured creditors.
  ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
  ☒ 1-49           ☐ 1,000-5,000       ☐ 25,001-50,000
  ☐ 50-99          ☐ 5001-10,000       ☐ 50,001-100,000
  ☐ 100-199        ☐ 10,001-25,000     ☐ More than 100,000
  ☐ 200-999

**15. Estimated Assets**
  ☐ $0 - $50,000              ☒ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
  ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
  ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
  ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**
  ☐ $0 - $50,000              ☒ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
  ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
  ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
  ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor    Legacy Loft, LLC    Case number (*if known*)
     Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 11, 2026
                       MM / DD / YYYY

**X**  /s/   Richard Cunningham           Richard Cunningham
      Signature of authorized representative of debtor       Printed name

Title    Managing Member

**18. Signature of attorney**

**X** /s/ Jeffery T. Martin,, Jr.           Date    February 11, 2026
      Signature of attorney for debtor                    MM / DD / YYYY

Jeffery T. Martin,, Jr. VA71860
Printed name

Martin Law Group PC
Firm name

8065 Leesburg Pike
Suite 750
Vienna, VA 22182
Number, Street, City, State & ZIP Code

Contact phone    (703) 223-1822      Email address    jeff@martinlawgroup.com

VA71860 DC
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Legacy Loft, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Eagle Bank 8245 Boone Blvd Vienna, VA 22182 | | 1613 E Street NE Washington, DC 20002 | | $1,800,000.00 | $2,300,000.00 | $1,200,000.00 |

BCK Partners Inc.
27 E Market St, Corning
Corning, NY 14830


Eagle Bank
8245 Boone Blvd
Vienna, VA 22182

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| In re: ) ) LEGACY LOFT, LLC ) ) Debtor and Debtor in Possession. ) ) | Case No. Chapter 11 |

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Richard Cunningham, declare under penalty of perjury that I am the managing member of Legacy Loft, LLC, and that the following is a true and correct copy of the resolutions adopted by the managing members of said limited liability company at a special meeting duly called and held on the 10th day of February 2026.

> "Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;
>
> Be It Therefore Resolved, that Richard Cunningham, managing member of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the limited liability company; and
>
> Be It Further Resolved, that Richard Cunningham, managing member of this limited liability company is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case, and
>
> Be It Further Resolved, that Richard Cunningham, of this limited liability company is authorized and directed to employ Jeffery T. Martin, Jr., attorney and the law firm of Martin Law Group PC to represent the limited liability company in such bankruptcy case."

Date Signed:  February 10, 2026                /s/ Richard Cunningham
                                                Richard Cunningham, sole member

**Resolution of Members**
**of**
**Legacy Loft, LLC**

Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Richard Cunningham, managing member of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the limited liability company; and

Be It Further Resolved, that Richard Cunningham, managing member of this limited liability company is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case, and

Be It Further Resolved, that Richard Cunningham, of this limited liability company is authorized and directed to employ Jeffery T. Martin, Jr. and Diana P. Dias, attorneys and the law firm of Martin Law Group P.C. to represent the limited liability company in such bankruptcy case.

Date Signed:  February 10, 2026                /s/ Richard Cunningham
                                                Richard Cunningham, sole member